## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SPEEDY WILKINS, JR.**                                                          **PLAINTIFF**

**V.**                                   **4:24CV00738 JM**

**UNION PACIFIC RAILROAD COMPANY.**                              **DEFENDANT**

### ORDER

The pending joint motion to dismiss, docket # 47, is granted.  This case is hereby dismissed with prejudice with each party bearing its own costs.  The clerk is directed to close the case.

IT IS SO ORDERED this 23rd  day of March, 2026.

_____
James M. Moody Jr.
United States District Judge